IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC A. O'DELL, F-03425, ) | |
| ) | |
| Plaintiff(s), ) | No. C 11-2677 CRB (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| LEE BACA, Sheriff, et al., ) | (Docket # 2) |
| ) | |
| Defendant(s). ) | |
| ) | |

Plaintiff, a prisoner at Centinela State Prison, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Los Angeles, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District, Western Division. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: June 15, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\O'Dell, E1.transfer.wpd